**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
PATRICIA DAVID,

                              Plaintiff,

                                                  Case No.: 11-cv-03876-ARR-SMG

        -against-

                                                  **NOTICE OF**
                                                 **VOLUNTARY DISMISSAL**

ENHANCED RECOVERY COMPANY, LLC.

                              Defendant.
------------------------------------------------------------------------X

       The Plaintiff, by and through her attorneys, hereby consents to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure with prejudice and without costs or fees.

Dated: New York, New York
        January 10, 2012.

                                                 Dated: Brooklyn, New York
                                                            _____2011.

                                                 SO ORDERED:


                                                 _____
                                                 HON. ALLYNE R. ROSS, U.S.D.J.

    __/s/ Novlette R. Kidd_____
  NOVLETTE R. KIDD, ESQ. (NK-9339)
  FAGENSON & PUGLISI
  Attorneys for Plaintiff
  450 Seventh Avenue, Suite 704
  New York, New York 10123
  Tel.:(212)268-2128
  Fax:(212)268-2127
  Nkidd@fagensonpuglisi.com