FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JAN 12 2012  ★

BROOKLYN OFFICE

D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PATRICIA DAVID,

                                Plaintiff,

       -against-

ENHANCED RECOVERY COMPANY, LLC.

                              Defendant.
---------------------------------------------------------------X

Case No.: 11-cv-03876-ARR-SMG

**NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiff, by and through her attorneys, hereby consents to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure with prejudice and without costs or fees.

Dated: New York, New York
         January 10, 2012.

Dated: Brooklyn, New York
       1/11/2012

SO ORDERED:

/s/(ARR)
_____
HON. ALLYNE R. ROSS, U.S.D.J.

/s/ Novlette R. Kidd
NOVLETTE R. KIDD, ESQ. (NK-9339)
FAGENSON & PUGLISI
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.:(212)268-2128
Fax:(212)268-2127
Nkidd@fagensonpuglisi.com